IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Francisco Javier Romero,<br><br>             Petitioner,<br><br>v.<br><br>Charles L. Ryan,<br><br>             Respondent. | No. CV-08-00542-PHX-ROS<br><br>**ORDER** |

On February 11, 2015, Magistrate Judge Jacqueline M. Rateau issued a Report and recommendation ("R&R") recommending the petition for writ of habeas corpus be denied. (Doc. 73). No objections were filed.

A district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). Where any party has filed timely objections to the magistrate judge's R&R, the district court's review of the part objected to must be de novo. *Id.* If, however, no objections are filed, the district court need not conduct such a review. *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003). No objections having been filed, the R&R will be adopted in full.

Accordingly,

1 **IT IS ORDERED** the Report and Recommendation (Doc. 73) is **ADOPTED** and the petition for writ of habeas corpus is **DENIED**.

**IT IS FURTHER ORDERED** a Certificate of Appealability is **DENIED**. Petitioner has not made a substantial showing of the denial of a constitutional right.

Dated this 18th day of March, 2015.

Honorable Roslyn O. Silver
Senior United States District Judge