# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Francisco Javier Romero,<br><br>        Petitioner,<br><br>vs.<br><br>Charles L. Ryan,<br><br>        Respondent. | **JUDGMENT IN A CIVIL CASE**<br><br>CV 08-00542-PHX-ROS |

\_\_\_  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_  **Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED by way of this Court having accepted and adopted the decision of the Magistrate Judge as the order of this Court, Petitioner's Amended Petition for Writ of Habeas Corpus is denied. Petitioner shall take nothing.


 March 18th 2015                                        BRIAN D. KARTH  
  Date                                                         District Court Executive/Clerk

                                                                               s/ Kathy Gerchar  
                                                                (By) Kathy Gerchar, Deputy Clerk


cc: (all counsel)